In re:
Darlene Bates                                                                                      Chapter 13
                        Debtor,                                                             Case No. 15-33060

**NOTICE OF APPLICATION AND APPLICATION FOR APPROVAL, ALLOWANCE & PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS AN ADMINISTRATIVE CREDITOR AND AMENDMENT OF PLAN WITH CERTIFICATE OF SERVICE BY MAIL**

**NOTICE**

PLEASE TAKE NOTICE:  Reed Peterson & Associates, LLC ("Applicant") has filed the following Application in the captioned case.

Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief requested in the Application, or if you want the Court to consider your views on the Application, then on or before twenty-one days after the date of this Notice and Application you or your attorney must file an original written "Request for Hearing and Objection to Application" with the Court at:

**Eastern District of Wisconsin
Bankruptcy Court
517 East Wisconsin Ave.
Milwaukee, Wisconsin 53202**

The Objection must specifically state the basis for the Objection and be in full compliance with Fed.R.Bankr.P. 9011.  If you mail your Request and Objection to the Court for filing, you must do so early enough so the Court will receive it on or before the date set forth above.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Application and may enter an order granting that relief.  11 U.S.C. §102(1)(B).  If you file an Objection the matter will be set for a preliminary hearing.  Therefore, you should consult the Court if you have not been contacted regarding a preliminary hearing date within ten (10) days of filing your Objection.

Reed Peterson & Associates, LLC
6441 Enterprise Lane, Suite 104
Madison, WI  53719
(608) 276-1000  Fax (888) 385-4143

## APPLICATION

Reed J. Peterson & Associates, LLC ("Applicant") respectfully represents:

1. Applicant is counsel for the Debtor.

2. There is currently due Applicant the sum of $3,953.30 as set forth in the attached itemized billing spreadsheet.

3. The fee totals on the itemization represent attorney services at $250/hour and attorney supervised paralegal services at $125/hour.

4. Based upon the nature, the extent, and the value of such services, the time spent on such services, the cost of comparable services other than in a case under this title and the cost of actual expenses, Applicant is entitled to compensation and reimbursement as provided in the itemization. 11 U.S.C. §§330, 331 & 503(b).

5. A creditor may request the plan be amended. 11 U.S.C. §1329(a).

WHEREFORE, Reed J. Peterson & Associates, LLC prays that the Court:

(a) approve its compensation of $3,737.50 in fees and $215.80 in expenses, being the total sum of $3,953.30 and

(b) authorize and require immediate payment of the approved amount to Reed J. Peterson & Associates, LLC to the extent such payment does not reduce the amount ultimately paid to secured and other priority creditors.

Dated: January 27, 2016.

/s/ Reed J. Peterson
Reed J. Peterson
State Bar No. 1022323

## CERTIFICATE OF SERVICE

I certify that on this day, January 27, 2016, I mailed first class postage prepaid a copy of this Notice of Application and Application to those parties (a) listed on the mailing matrix attached to the original of this document and filed with the Court (b) who do not receive electronic notice.

/s/ Kylie West
Kylie West
Legal Assistant

Reed Peterson & Associates, LLC
6441 Enterprise Lane, Suite 104
Madison, WI 53719
(608) 276-1000 Fax (888) 385-4143

**Billing for Darlene Bates, Case No. 15-33060**

| Date | Description | Attorney Time | Paralegal Time | Amount | Cost | Amount Paid | Total Due | | Total Time: | $3,737.50 | Total Cost: | $215.80 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/17/15 | Emailed client list of documents necessary for filing | | 0.3 | $37.50 | $0.00 | $0.00 | $37.50 | | | | | |
| 11/19/15 | Email & call to client to folow up on status of documents | | 0.2 | $25.00 | $0.00 | $0.00 | $62.50 | | | | | |
| 11/20/15 | Email and call to client to follow up on status of documents | | 0.2 | $25.00 | $0.00 | $0.00 | $87.50 | | | | | |
| 11/30/15 | Letter to Client RE: Status of documents & Urgency | 0.5 | | $125.00 | $0.00 | $0.00 | $212.50 | | | | | |
| 12/2/15 | Email from client with documents - update petiiton | | 0.5 | $62.50 | $0.00 | $0.00 | $275.00 | | | | | |
| 12/2/15 | email to client with missing docs | | 0.1 | $12.50 | $0.00 | $0.00 | $287.50 | | | | | |
| 12/2/15 | email to client RE documents missing | 0.1 | | $25.00 | $0.00 | $0.00 | $312.50 | | | | | |
| 12/2/15 | Email from client with additional docs - finalize petition & file case. | 1 | | $250.00 | $0.00 | $0.00 | $562.50 | | | | | |
| 12/5/15 | Email to client with docs necessary to complete petiton. | | 0.5 | $62.50 | $0.00 | $0.00 | $625.00 | | | | | |
| 12/7/15 | Email to client to follow up on remaining documents | | | $0.00 | $0.00 | $0.00 | $625.00 | | | | | |
| 12/8/15 | Respond to email from client acknowleging receipt of missing doc list | | 0.1 | $12.50 | $0.00 | $0.00 | $637.50 | | | | | |
| 12/11/15 | Email to client to follow up on remaining documents | | 0.1 | $12.50 | $0.00 | $0.00 | $650.00 | | | | | |
| 12/11/15 | Receive documents from client, update petition. | | 2.5 | $312.50 | $0.00 | $0.00 | $962.50 | | | | | |
| 12/11/15 | Email to client RE missing documents | 0.5 | | $125.00 | $0.00 | $0.00 | $1,087.50 | | | | | |
| 12/14/15 | Received updated documents from client, update petition, email questions to client. | | 1.2 | $150.00 | $0.00 | $0.00 | $1,237.50 | | | | | |
| 12/15/15 | Received updated documents from client, update petition & email questions to client. | | 2.1 | $262.50 | $0.00 | $0.00 | $1,500.00 | | | | | |
| 12/16/15 | Received answers from client, update petition, draft plan, email client drafts of petition & plan for review. | 2 | | $500.00 | $0.00 | $0.00 | $2,000.00 | | | | | |
| 12/16/15 | Received signatures back from client, one missing, email to client. | | 0.2 | $25.00 | $0.00 | $0.00 | $2,025.00 | | | | | |
| 12/17/15 | Received signature page from client, prepare & file remainder of case. | 0.5 | | $125.00 | $0.00 | $0.00 | $2,150.00 | | | | | |
| 12/28/15 | Draft documents & email to Client RE Income affidavit | | 0.2 | $25.00 | $0.00 | $0.00 | $2,175.00 | | | | | |
| 1/4/16 | Email to client RE status of Documents & 341 Hearing | | 0.2 | $25.00 | $0.00 | $0.00 | $2,200.00 | | | | | |
| 1/4/16 | Receive documents from client, email to trustee. | | 0.1 | $12.50 | $0.00 | $0.00 | $2,212.50 | | | | | |
| 1/8/16 | Attend 341 Meeting in Oshkosh, WI (191.20 miles @ $.50/mile = $95.60) (Hotel = $79.76) | 4.5 | | $1,125.00 | $175.36 | $0.00 | $3,512.86 | | | | | |
| 1/12/16 | Draft amended plan per trustee requests. | | 0.4 | $50.00 | $0.00 | $0.00 | $3,562.86 | | | | | |
| 1/13/14 | Prepare & Mail Request for Information to Mortgage Lender (6 letters @ $6.74 postage each( Certified mail with return receipt) | | 1 | $125.00 | $40.44 | $0.00 | $3,728.30 | | | | | |
| 1/14/16 | Prepare Fee App | | 1 | $125.00 | $0.00 | $0.00 | $3,853.30 | | | | | |
| 1/21/16 | Review and update fee app amended plan | 0.4 | | $100.00 | $0.00 | $0.00 | $3,953.30 | | | | | |

Matrix

Creditor Mailing Matrix

Attorney Christopher Shattuck
4650 N Port Washington Road Floor 2
Kohner, Mann & Kailas SC
Milwaukee, WI 53212-0000

Chex Systems, Inc.
7805 Hudson Rd Ste 100
Woodbury, MN 55125-1595

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Wells Fargo Bank, NA
3476 Stateview Blvd.
Fort Mill, SC 29715

Winnebago County Treasurer
415 Jackson St
Oshkosh, WI 54901-4751

Wisconsin Department of Revenue
PO Box 8901
Madison, WI 53708-8901