THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: April 26, 2016

G. Michael Halfenger
United States Bankruptcy Judge

**United States Bankruptcy Court**
Eastern District of Wisconsin

In re:
Darlene Bates                                                                                          Chapter 13
         Debtor,                                                             Case No. 15-33060

**ORDER ALLOWING COMPENSATION TO DEBTOR'S ATTORNEYS**

      Reed Peterson & Associates, LLC, the attorneys for the Debtor, filed an Application for Compensation seeking allowance of $3,953.30 in unpaid compensation, consisting of $3,737.50 in fees and $215.80 in costs, through January 21, 2016. Notice of the Application was served on all creditors and parties in interest, and no objections were filed. The services provided were necessary and beneficial to the Debtor, and the compensation appears to be reasonable under 11 U.S.C. § 330(a)(4)(B).

      IT IS THEREFORE ORDERED: the Court approves and allows compensation for Reed Peterson & Associates, LLC in the amount of $3,953.30 consisting of $3,737.50 in fees and $215.80 in costs, as an administrative priority claim in the Debtor's case.

      IT IS FURTHER ORDERED: if the Debtor's case is dismissed before this claim is paid in full, the Trustee will pay this administrative priority claim prior to refunding any funds to the Debtor.

#####